UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-12046-ELF

SEAN SCOTT

5830 ADDISON STREET

PHILADELPHIA, PA 19143-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SEAN SCOTT

5830 ADDISON STREET

PHILADELPHIA, PA 19143-

Counsel for debtor(s), by electronic notice only.

JAMES P. MCGARRITY Esq.
1500 JFK BLVD
SUITE 405
PHILADELPHIA, PA 19102-

Date: 5/28/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee