# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12046-ELF

SEAN  SCOTT

5830 ADDISON STREET

PHILADELPHIA, PA 19143-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SEAN  SCOTT

    5830 ADDISON STREET

    PHILADELPHIA, PA 19143-

**Counsel for debtor(s), by electronic notice only.**
    JAMES P. MCGARRITY Esq.
    1500  JFK BLVD
    SUITE 405
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                      /s/ William C. Miller

Date: 7/10/2019

                                                      _____
                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee