UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     SEAN SCOTT,              :     Chapter 13
                                    :
           Debtor                   :     Bky. No.  19-12046 ELF

## O R D E R

AND NOW, after a hearing, and for the reasons stated in court on **November 5, 2019,** it is hereby **ORDERED** that:

1. **On or before November 19, 2019**, the Debtor shall file (and serve in accordance with the rules of court) any proofs of claim, objections to proofs of claim, motions or adversary complaints and amended chapter 13 plans necessary to the confirmation of the Debtor's chapter 13 plan.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: November 5, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE