IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sean Scott

Debtor                                     NO. 19-12046 ELF

**Certification of Service Amended Plan and**

**Corrected Amended Plan**

I hereby certify that I have served a copy of the Debtor's Amended Chapter 13 Plan upon all other parties or their attorney of record by electronic filing through the Court's electronic system on December 9, 2019 , and the Debtor's Corrected Amended Plan on December 17, 2019.

/s/ James P. McGarrity
James P. McGarrity