# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sean Scott <br>  Debtor(s) <br><br> NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, its successors and/or assigns <br>  Movant <br>  vs. <br><br> Sean Scott <br>  Debtor(s) <br><br> William C. Miller Esq. <br>  Trustee | CHAPTER 13 <br><br><br><br> NO. 19-12046 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, which was filed with the Court on or about **June 25, 2019, docket number 30**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

December 30, 2019