## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sean Scott

Debtor                              NO. 19-12046 ELF


### Amended Certification of Service Amended Plan and

### Corrected Amended Plan

I hereby certify that I have served a copy of the Debtor's Amended Chapter 13 Plan upon all registered parties or their attorney of record by electronic filing through the Court's electronic system on December 9, 2019, and the Debtor's Corrected Amended Plan on December 17, 2019 and by first class mail addressed as follows on January 7th, 2020.


Philadelphia Gas Works                          T Mobile/ T-Mobile USA Inc
Attn: Bankruptcy Dept 3F                         by American InfoSource as agent
800 W Montgomery Ave                            4515 N Santa Fe Ave
Philadelphia PA, 19122                           Oklahoma City, OK 73118

Water Revenue Bureau                            Directv, LLC
Pamela Elchert Thurmond                          by American InfoSource as agent
Tax & Revenue Unit                               4515 N Santa Fe Ave
1401 John F. Kennedy Blvd., 5th Floor           Oklahoma City, OK 73118
Philadelphia, PA 19102-1595


                                    _____
                                          /s/ James P. McGarrity
                                           James P. McGarrity