IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sean Scott

**Debtor**                                NO. 19-12046 ELF

### Certification of Service Third Amended Plan Corrected

I hereby certify that I have served a copy of the Debtor's Third Amended Chapter 13 Plan Corrected upon all other parties or their attorney of record by electronic filing through the Court's electronic system at the addresses registered thereon on February 18, 2020 ,

/s/ James P. McGarrity
James P. McGarrity