# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-12046-ELF

SEAN  SCOTT

5830 ADDISON STREET

PHILADELPHIA, PA 19143-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SEAN  SCOTT

5830 ADDISON STREET

PHILADELPHIA, PA 19143-

Counsel for debtor(s), by electronic notice only.

JAMES P. MCGARRITY Esq.
1500  JFK BLVD
SUITE 405
PHILADELPHIA, PA 19102-

Date: 6/26/2020

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee