# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sean Scott<br>　　　　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　　　　　v.<br>Sean Scott<br>　　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 19-12046 ELF |

## ORDER

AND NOW, this  9th  day of  July , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 5, 2020  it is ORDERED that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 are **MODIFIED** to allow NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5830 Addison Street Philadelphia, PA 19143.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**