**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
SEAN  SCOTT


            Debtor            Bankruptcy No. 19-12046-ELF


# <u>O R D E R</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


**Date: July 29, 2020**

_____
                    Eric L. Frank
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES P. MCGARRITY Esq.
1500  JFK BLVD
SUITE 405
PHILADELPHIA, PA 19102-


Debtor:
SEAN  SCOTT

5830 ADDISON STREET

PHILADELPHIA, PA 19143-