United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12046-elf
Sean Scott                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett         Page 1 of 1              Date Rcvd: Jul 29, 2020
                             Form ID: pdf900          Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
db            +Sean Scott,   5830 Addison Street,   Philadelphia, PA 19143-1204
14303652      +Haddie McCoy,   5830 Addison Street,   Philadelphia, PA 19143-1204
14303653      +James P. McGarrity,   1500 JFK Boulevard,   Suiteb 405,   Philadelphia, PA 19192-0001
14303654      +Nationstar Mortgage LLC,   D/B/A Mr. Cooper,   8950 Cypress Waters Blvd.,
               Coppell, TX 75019-4620
14303157      +Nationstar Mortgage LLC D/B/A Mr. Cooper,   c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,
               701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14339828      +Nationstar Mortgage LLC dba Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
14317359      +Philadelphia Gas Works,   800 W Montgomery Ave,   Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
14303657      +Robin Scott Milton,   1164 Dorset Street,   Philadelphia, PA 19150-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:48      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:46:28
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2020 04:46:41      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14379859       E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:48      Water Revenue Bureau,
               Pamela Elchert Thurmond,   Tax & Revenue Unit,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
14336439      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2020 04:53:15      Directv, LLC,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14303655      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 30 2020 04:46:18      PECO,
               2301 Market Street,   Philadelphia, PA 19103-1380
14306079      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2020 04:53:15      T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                   TOTAL: 7

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14303656       PGW
                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
         JAMES P. MCGARRITY   on behalf of Debtor Sean  Scott mcgarritylaw@gmail.com,
          mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
         REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
          bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 5

## UNITED STATES BANKRUTPCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
SEAN  SCOTT


                 Debtor                   **Bankruptcy No.** 19-12046-ELF


## O R D E R


**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


**Date: July 29, 2020**

_____
                 Eric L. Frank
                 Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES P. MCGARRITY Esq.
1500  JFK BLVD
SUITE 405
PHILADELPHIA, PA 19102-


Debtor:
SEAN  SCOTT

5830 ADDISON STREET

PHILADELPHIA, PA 19143-